AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Bradley Scott Nelson<br><br>_____<br>*Defendant* | ) Case: 1:23-mj-00061<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 3/20/2023<br>) Description: Complaint W/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Bradley Scott Nelson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.


Date:    03/20/2023

Zia M. Faruqui
2023.03.20 12:25:58 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/20/23 , and the person was arrested on *(date)* 3/22/23 at *(city and state)* Las Vegas, NV . |
| Date: 3/22/23 <br><br> *Arresting officer's signature* <br><br> Armen Sarrafian Special Agent <br> *Printed name and title* FBI |